STATE OF NEW JERSEY v. MARTIN W. SCHLITZER, JR.

February 19, 1982.

Petition for certification denied.

HELEN DUDICK v. ESTATE OF PETER SOWCHUK.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW RHEA, III.

February 19, 1982.

Petition for certification denied.

LEOTA GREENWOOD v. NATIONWIDE MUTUAL
INSURANCE COMPANY.

February 19, 1982.

Petition for certification denied.